IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LA'JADE EVANS,

   *Plaintiff*,

v.                                                      Case No.: 1:21cv110-MW/GRJ

MICKAEALA BAILEY, et al.,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for want of prosecution." The Clerk shall close the file.

**SO ORDERED** on September 22, 2022.

                                             s/Mark E. Walker               
                                             **Chief United States District Judge**